PROB 12B
(7/93)

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 1 6 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Tracy Lynn Swanson

Case Number: 2:00CR02047-001 - FVS
2:03CR00065-001 - FVS

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence:
2:00CR02047-001: 12/14/2000
2:03CR00065-001: 11/20/2003

Type of Supervision: Supervised Release

Original Offense:
2:00CR02047-001: Conspiracy to Receive or Possess Stolen Mail and to Commit Money Laundering, 18 U.S.C. §§ 371 & 1708
2:03CR00065-001: Escape, 18 U.S.C. § 751(a)

Date Supervision Commenced: 6/15/2004

Original Sentence:
2:00CR02047-001: Prison - 37 Months; TSR - 36 Months

2:03CR00065-001: Prison - 15 months: TSR - 36 Months

Date Supervision Expires: 6/14/2007

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

27  You shall reside in a community corrections center for a period of up to 120 days. This placement may include a pre-release component, day reporting, and home confinement (with or without electronic monitoring, but not to include GPS) at the directions of the CCM and USPO. You shall abide by the rules and requirements of that facility. You shall remain at the facility until discharged by the Court.

### CAUSE

Ms. Swanson was released from Federal custody on June 15, 2004. The defendant was initially supervised in the District of Idaho. She obtained employment as a housekeeper at a motel in Coeur d'Alene, Idaho, while residing in the Federal halfway house. After a few months on supervision, Ms. Swanson decided to relocate to Yakima, Washington, to be near her mother. While residing in Yakima, Ms. Swanson was unable to remain gainfully employed for more than a few months and relied upon her mother and friends for a place to stay. Ms. Swanson was fired from several jobs for a variety of reasons. While staying with friends, she took their car without permission for

Prob 12B
**Re: Swanson, Tracy Lynn**
**June 2, 2005**
**Page 2**

several days and was no longer welcome to stay with them. Ms. Swanson is currently living a semi-transient lifestyle. She is currently sleeping in her mother's car, as she can no longer stay with her mother. Ms. Swanson has burned quite a few bridges with people who could offer her support.

On May 22, 2005, Ms. Swanson was arrested in Union Gap, Washington, for defrauding, an innkeeper for failing to pay for a restaurant meal and this matter is pending. Ms. Swanson was referred for mental health counseling, and failed to participate in her program by failing to keep counseling appointments. Ms. Swanson has reported to the probation officer when directed to do so, but continues to struggle in all areas of her life. The probation officer believes a community corrections placement will provide some basic shelter and support while she attempts to get her life back on track. Ms. Swanson has an extensive criminal history and her prognosis is guarded.

The probation officer respectfully recommends the Court take judicial notice of Ms. Swanson's violation behavior and order the modification indicated. Ms. Swanson has agreed to the proposed modification and has signed a waiver enclosed for the Court's review.

Respectfully submitted,

by _____

Kevin Crawford
U.S. Probation Officer
Date: June 2, 2005

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

_Fred Van Sickle_
Signature of Judicial Officer

June 15, 2005
Date