PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 0 1 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender:  Tracy Lynn Swanson          Case Number: 2:00CR02047-001 FVS
                                                            2:03CR00065-001 FVS

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle

Date of Original Sentence: 12/14/2000          Type of Supervision:  Supervised Release

Original Offense:                               Date Supervision Commenced:  6/15/2004
2:00CR02047-001: Conspiracy to Knowingly
Receive and Possess Stolen Mail, 18 U.S.C. § 371 &
1708
2:03CR00065-001: Escape, 18 U.S.C. § 751(a)

Original Sentence:                              Date Supervision Expires:  6/14/2007
2:00CR02047-001: Prison - 37 Months; TSR - 36
Months
2:03CR00065-001: Prison - 15 Months: TSR-36
Months

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number          Nature of Noncompliance

1                         **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime.

                          **Supporting Evidence**: On July 10, 2005, the offender was arrested for the offense of driving under the influence by the Yakima County Sheriff's Department. The offender subsequently pled guilty to this offense on July 18, 2005, in Yakima County District Court case number 25833.

2                         **Special Condition #23**: The defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer) as directed by her probation officer, in order to confirm her continued abstinence.

                          **Supporting Evidence**: On July 10, 2005, the offender was arrested for the offense of driving under the influence by the Yakima County Sheriff's Department. The offender's blood alcohol level was .19%. The offender subsequently pled guilty to this offense on July 18, 2005, in Yakima County District Court case number 25833.

Prob12A
Re: Swanson, Tracy Lynn
July 28, 2005
Page 2

**U.S. Probation Officer Action**:

The defendant is scheduled to begin a 120-day halfway house placement at Franklin County Work Release on September 1, 2005. The probation officer is requesting the Court take judicial notice of the new law violation and allow the offender an opportunity to participate in the Franklin County Work Release Program. The defendant's conditions of release were previously modified by the Court on June 15, 2005, adding the halfway house condition.

As the offender continues to be basically indigent and could benefit from this placement, the probation officer recommends adopting a "wait and see" posture to determine if the offender's condition and behavior will improve. If the offender fails to take advantage of this program or continues to engage in violation behavior, the probation officer will recommend the offender be returned before the Court for revocation.

Respectfully submitted,

by /s/ Kevin J. Crawford

Kevin J. Crawford
U.S. Probation Officer
Date: July 28, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

/s/ Fred Van Sickle

Signature of Judicial Officer

August 1, 2005
Date